1 Lawrence D. Rohlfing
  Attorney at Law: 119433
2 Law Offices of Lawrence D. Rohlfing
  12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
  Tel.: (562)868-5886
4 Fax: (562)868-8868
  E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Charles Robert Reeves

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES ROBERT REEVES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: CV13-5375 FFM<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　　IT IS ORDERED that fees and expenses in the amount of $3,725.85 as authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:　February 18, 2015

　　　　　　　　/S/ FREDERICK F. MUMM
　　　　　　　　THE HONORABLE FREDERICK F. MUMM
　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-